# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LARRY WAYNE BURKS**                                                                                           **PLAINTIFF**
**ADC #087014**
v.                              Case No. 5:14-cv-00319-KGB/BD

**WENDY KELLEY, Director,**
**Arkansas Department of Correction,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice. This dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g), and the Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

SO ADJUDGED this the 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE